IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
NOV 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 4:25 CR 571 |
| v. ) | |
| ) | Title 18, United States Code, |
| BRIAN L. SIMMONS, ) | Section 922(g)(1), 924(a)(8), and |
| ) | Title 21, United States Code, |
| Defendant. ) | Sections 841(a)(1) and (b)(1)(C) |

JUDGE PEARSON

COUNT 1
(Felon in Possession of Firearm, 18, U.S.C. § 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about November 20, 2024, in the Northern District of Ohio, Eastern Division, the Defendant, BRIAN L. SIMMONS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being Aggravated Robbery with a Firearm Specification (two counts), on or about December 19, 2012, in Case Number 12CR1042, in the Mahoning County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Taurus, model G2c, 9x19 caliber pistol, serial number AED266537, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about August 23, 2024, in the Northern District of Ohio, Eastern Division, Defendant BRIAN L. SIMMONS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about September 5, 2024, in the Northern District of Ohio, Eastern Division, Defendant BRIAN L. SIMMONS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about November 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant BRIAN L. SIMMONS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

5.  For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegations of Counts 1 through 4, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant BRIAN L. SIMMONS shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.